# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LOPEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>H.J. HEINZ COMPANY, L.P. and H.J. HEINZ OPERATION PARTNERSHIP;<br><br>Defendants. | CASE NO. 17-cv-00077-WQH-AGS<br><br>ORDER |

HAYES, Judge:

On May 1, 2017, the Court issued an Order granting the parties' Joint Motion to Consolidate this action with *Vazquez v. Kraft Heinz Foods Company*, Case No. 16-cv-02749-WQH-AGS. (ECF No. 10). Under the Court's order, the *Vazquez* action was designated as the lead case and plaintiffs were permitted to file a consolidated complaint in that action. *Id.* at 2. On August 28, 2018, the Court ordered parties to show cause by September 7, 2018 why this case, No. 17-cv-00077-WQH-AGS, should not be closed with leave for any party to file a motion to reopen at any time. (ECF No. 12). On September 7, 2018, Plaintiff submitted that the case may be closed. (ECF No. 13). Defendant did not respond to the Court's Order to Show Cause.

1       IT IS HEREBY ORDERED that the Clerk of the Court shall administratively
2 close this case without prejudice to any party and with leave to file a motion to reopen.
3 DATED: September 11, 2018

                                *William Q. Hayes*
                              **WILLIAM Q. HAYES**
                              United States District Judge